IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ENDIRA YANEE GUARDADO TORRES
     Petitioner,

v.                             Case No. 5:24cv102/TKW/MAL

WARDEN GABBY,
     Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 dated May 15, 2024. ECF No. 2. On May 31, 2024, the undersigned entered an order deferring review of the petition and directing Petitioner to pay the $5.00 filing fee or file a motion to proceed *in forma pauperis* with supporting documentation. ECF No. 5. Petitioner was instructed to comply or before July 1, 2024, and she was warned that failure to timely comply with an order of the court would result in a recommendation that this case be dismissed. Petitioner did not respond.

On July 16, 2024, two weeks after that deadline elapsed, the Court issued an order directing Petitioner to show cause why this case should not be dismissed for Petitioner's failure to comply with the Court's order. Petitioner was again warned that failure to comply would result in a recommendation of dismissal of this case.

Notwithstanding this admonition, Petitioner still has not responded. Her only submission was her original § 2241 petition and attachments.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Petitioner has failed to comply with Court orders necessary for the continuation of this case, the petition should be dismissed without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1.      Petitioner's petition under 28 U.S.C. § 2241, ECF No. 2, be **DISMISSED** without prejudice.

2.      The clerk be directed to close the case file.

At Gainesville, Florida on August 6, 2024.

s/ *Midori A. Lowry*
Midori A. Lowry
United States Magistrate Judge

## <u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.